The People of the State of New York, Respondent, v. John Callahan, Appellant.

Argued October 2, 1939; decided October 17, 1939.

*Abraham J. Gellinoff, Charles Pilatsky* and *Irving Abelov* for appellant.

*Thomas E. Dewey,* District Attorney (*Whitman Knapp* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, Hubbs, Loughran, Finch and Rippey, JJ. Taking no part: O'Brien, J.